

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | Report required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Harmon, Melinda | 2. Court or Organization  U. S. District Court | 3. Date of Report  May 11, 2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or -art-time)  Active Article III Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☒ Annual  ☐ Final  5b.  ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  United States Courthouse 515 Rusk, Suite 9114 Houston, Texas 77002 | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer: _____ _____ Date: _____, 2007 | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions)

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp.14-16 of instructions)

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

SELF INITIATED AMENDMENT

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | Report required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

©COPY

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harmon, Melinda | U. S. District Court | May 11, 2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate ful- or -art-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination   Date<br>☐ Initial   ☒ Annual   ☐ Final<br>5b.   ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>515 Rusk, Suite 9114<br>Houston, Texas 77002 | Reviewing Officer: _____   Date: _____ , 2007 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions)

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp.14-16 of instructions)

☒ NONE *(No reportable agreements.)*

FINANCIAL DISCLOSURE OFFICE   2007 MAY 17 A 10: 47   RECEIVED

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(Yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income — *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except.for homoraria.)*

☐ NONE *(No reportable noninvestment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Law Firm: Crain Caton & James |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS. - *transportation, lodging, food, entertainment*
*(includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children. See pp. 32-34 of Instructions.)*

[ ] NONE *(No reportable gifts.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwestern Mutual | Secured Note | J |
| 2. Bank of America | Credit Card | K |
| 3. Capital One | Credit Card | J |
| 4. Capital One | Unsecured Note | J |
| 5. Bank of America | Credit Card | J |
| 6. Bank of America | Credit Card | J |
| 7. Chase | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII. INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable non-investment income.)*

| A.<br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>Div.,<br>rent,<br>or int.) | (1)<br>Amount<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>Buy, sell,<br>merger,<br>redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month<br>- Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 | E | Div Int | O | T | | | | | |
| 2. **Common Stock, Account 1** | | | | | | | | | |
| 3. Altria Group Inc | | | | | | | | | |
| 4. American Express Company | | | | | | | | | |
| 5. American Int'l Group, Inc. | | | | | | | | | |
| 6. Ameriprise Financial Inc. | | | | | | | | | |
| 7. Bank of America Corp. | | | | | | | | | |
| 8. BP PLC Spons ADR | | | | | | | | | |
| 9. Bristol Myers Squibb Co. | | | | | | | | | |
| 10. Chevron Corp<br>(Chevron Texaco) | | | | | | | | | |
| 11. Citigroup, Inc | | | | | | | | | |
| 12. Coca Cola Company | | | | | | | | | |
| 13. Conoco Phillips | | | | | | | | | |
| 14. Emerson Electric | | | | | | | | | |
| 15. Exxon Mobil Corporation | | | | | | | | | |
| 16. Federal Nat'l Mortgage<br>(FANNIE MAE) | | | | | | | | | |
| 17. General Electric Co. | | | | | | | | | |
| 18. HSBC Holdings PLC<br>Sponsored ADR | | | | | | | | | |
| 19. Home Depot, Inc. | | | | | | | | | |
| 20. Intel Corp. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code<br>(See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See ColumnsC2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q=Appraisal | V = Other | S=Assessment | | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII.    INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐    NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 21. Trust #1 [continued] | | | | | | | | | |
| 22. Common Stock, Account 1 [continued] | | | | | | | | | |
| 23. International Business Machines Co. | | | | | | | | | |
| 24. JP Morgan Chase & Co. | | | | | | | | | |
| 25. Johnson & Johnson | | | | | | | | | |
| 26. Marsh & McClennan Cos., Inc. | | | | | | | | | |
| 27. McGraw Hill Cos., Inc. | | | | | | | | | |
| 28. Merck & Co., Inc. | | | | | | | | | |
| 29. Merrill Lynch & Co., Inc. | | | | | | | | | |
| 30. Microsoft Corporation | | | | | | | | | |
| 31. News Corp Inc. CLA | | | | | | | | | |
| 32. Pepsico Incorporated | | | | | | | | | |
| 33. Pfizer Incorporated | | | | | | | | | |
| 34. Procter & Gamble Co. | | | | | | | | | |
| 35. Royal Dutch Shell PLC | | | | | | | | | |
| 36. Smucker JM Co (New) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 | |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | R = Cost (Real Estate Only) | S=Assessment | T=Cash Market | | |
| | U=Book Value | V = Other | W=Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII.   INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐   NONE (No reportable non-investment income.)

| A.<br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>Div.,<br>rent,<br>or int.) | (1)<br>Amount<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>Buy, sell,<br>merger,<br>redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month<br>- Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. **Trust #1** [continued] | | | | | | | | | |
| 38. **Common Stock, Account 1** [continued] | | | | | | | | | |
| 39. St. Paul Travelers Cos. Inc. | | | | | | | | | |
| 40. Target Corp. | | | | | | | | | |
| 41. Texas Instruments Inc. | | | | | | | | | |
| 42. Walmart Stores, Inc. | | | | | | | | | |
| 43. Walgreen Company | | | | | | | | | |
| 44. **Cash and Money Mkt. Funds, Account 1** | | | | | | | | | |
| 45. Tamarack Inv. Funds Prime | | | | | | | | | |
| 46. **Common Stock, Account 2** | | | | | | | | | |
| 47. Acergy SA SPON ADR | | | | | Exchange | 4/10 | | | |
| 48. AEON Company, Ltd. | | | | | | | | | |
| 49. Alumina Ltd. | | | | | Sell | 10/12 | J | | |
| 50. Anglo American PLC ADR | | | | | Buy | 3/13 | J | | |
| 51. Arkema Sponsored ADR | | | | | Spin Off | 5/23 | | | |
| | | | | | Sell | 11/21 | J | A | |

| 1. | Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less<br>F=$$50,001 - $100,000 | B=$1,001 - $2,500<br>G = $100,001 - $1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001 - $5,000,000 | D=$5,001 - $15,000<br>H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Code<br>(See ColumnsC1 and D3) | J=$15,000 or less<br>N=$250,001 - $500,000 | K=$15,001 - $50,000<br>O=$500,001 - $1,000,000 | L=$50,001 - $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001 - $250,000<br>P2 = $5,000,001 - $25,000,000 | |
| 3. | Value Method Codes<br>(See ColumnsC2) | P3=$25,000,001-$50,000,000<br>Q=Appraisal<br>U=Book Value | R = Cost (Real Estate Only)<br>V = Other | P4=More than $50,000,000<br>S=Assessment<br>W=Estimated | T=Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII.     INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐    NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ¹ **Trust #1**   [continued] | | | | | | | | | |
| 53. Australia & New Zealand Bkg Sponsored ADR (New) | | | | | | | | | |
| 54. AXA | | | | | Buy | 3/8 | J | | |
| 55. BAA PLC Spons Adr | | | | | Sell | 2/24 | J | A | |
| 56. Banco Santander Cent Hispano, SA | | | | | | | | | |
| 57. Barclays PLC ADR | | | | | | | | | |
| 58. British Amern TOB PLC | | | | | | | | | |
| 59. BT Group PLC | | | | | | | | | |
| 60. Cameco Corp | | | | | Sell | 3/2 | J | B | |
| 61. Canadian Pacific Railway Ltd. | | | | | | | | | |
| 62. Canon Inc. | | | | | | | | | |
| 63. Central Europe & Russia | | | | | Buy | 1/30 | J | | |
| 64. China Mobile HK lTD. | | | | | | | | | |
| 65. Commerce Bank AG | | | | | Buy | 4/11 | J | | |
| | | | | | Buy | 5/16 | J | | |
| 66. Companhia Vale Do Rio Doce Sponsored ADR | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. | Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 | P4=More than $50,000,000 | | |
| | | Q=Appraisal | R = Cost (Real Estate Only) | S=Assessment | T=Cash Market | |
| | | U=Book Value | V = Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII. INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. Trust #1 [continued] | | | | | | | | | |
| 68. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 69. DBS Group Holdings | | | | | Partial Sell | 3/29 | J | A | |
| 70. Diageo PLC | | | | | | | | | |
| 71. E on AG | | | | | Buy | 12/15 | J | | |
| 72. Embraer Empresa | | | | | Sell | 1/31 | J | B | |
| 73. Encano Corp. | | | | | | | | | |
| 74. Endesa SA | | | | | Buy | 2/8 | J | | |
| | | | | | Buy | 8/10 | J | | |
| 75. Enel Societa Per Azioni | | | | | | | | | |
| 76. Fomento Economico Mexicano | | | | | | | | | |
| 77. Go1 Linhas Aereas Intel ADR | | | | | Buy | 4/21 | J | | |
| | | | | | Sell | 12/8 | J | | |
| 78. Honda Motor Ltd. | | | | | Partial Sell | 6/20 | J | B | |
| 79. HSBC Holdings | | | | | | | | | |
| 80. ING Groep NV | | | | | Buy | 9/20 | J | | |
| 81. Keppel Ltd Spons ADR | | | | | Buy | 3/29 | J | | |
| | | | | | Partial Sell | 9/28 | J | B | |
| 82. Komatsu Ltd. | | | | | Buy | 6/13 | J | | |



| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal U=Book Value | V = Other | S=Assessment W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. Trust #1 [continued] | | | | | | | | | |
| 84. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 85. MSCI South Korea Index FD | | | | | | | | | |
| 86. Mitsubishi Corp. | | | | | Buy | 3/15 | J | | |
| 87. Mitsubishi UFJ Finl ADR | | | | | | | | | |
| 88. Nestle SA | | | | | | | | | |
| 89. Norsk Hydro AS Sponsored ADR | | | | | | | | | |
| 90. Novartis AG | | | | | | | | | |
| 91. Orix Corporation | | | | | | | | | |
| 92. Petroleo Brasileiro SA Petrobras Sponsored ADR | | | | | | | | | |
| 93. Petroleo Brasileiro SA Spons ADR REP 1 ORD SHS | | | | | | | | | |
| 94. Philippine Long Distance Tel. Co. | | | | | | | | | |
| 95. Rio Tinto PLC | | | | | Buy | 3/01 | J | | |
| 96. Roche Holding Ltd. | | | | | Partial Sell | 4/11 | J | A | |
| 97. Royal KPN (NV) | | | | | Buy | 11/13 | J | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See Columns C2) | Q=Appraisal U=Book Value | S=Assessment V = Other | W=Estimated | T=Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harmon, Melinda | May 11, 2007 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. ¹ **Trust #1** [continued] | | | | | | | | | |
| 99. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 100. RWE Aktiengesellschaft Sponsored ADR | | | | | | | | | |
| 101. Scottish & Sthern Energy ADR | | | | | Buy | 10/17 | J | | |
| | | | | | Buy | 11/21 | J | | |
| 102. Sekisui House Ltd ADR | | | | | Buy | 1/11 | J | | |
| 103. Serono SA ARD | | | | | Sell | 4/12 | J | A | |
| 104. Shangri-La Asia LTD Spons ADR | | | | | Sell | 1/25 | J | A | |
| 105. Statoil ASA Spons ADR | | | | | Sell | 10/10 | J | A | |
| 106. Stolt Offshore SA ADR Com | | | | | Exchange | 4/10 | | | |
| 107. Sun Hung Kai PPTYS LTD Spons ADR | | | | | | | | | |
| 108. Syngenta AD ADR | | | | | | | | | |
| 109. Tenaris SA ADR | | | | | Buy | 6/22 | J | | |
| 110. Toyota Motor Corp. Spons ADR | | | | | | | | | |
| 111. Total SA (Total Fina Elf SA) | | | | | Partial Sell | 4/24 | J | B | |
| | | | | | Partial Sell | 5/25 | J | A | |
| 112. Unibanco Uniao de Bancos, Brasilieros SA Globa | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal | | S=Assessment | T=Cash Market | |
| | | U=Book Value | V = Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII.   INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐   NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 113.   **Trust #1**   [continued] | | | | | | | | | |
| 114.   **Common Stock, Account 2** [continued] | | | | | | | | | |
| 115.   UBS AG Reg | | | | | | | | | |
| 116.   Vivendi Universal SP ADR | | | | | Sell | 2//7 | J | | |
| 117.   Vondafone Group PLC | | | | | Partial Sell | 8/16 | J | | |
| | | | | | Sell | 9/15 | J | | |
| 118.   Woori Finance Holdings | | | | | Buy | 12/14 | J | | |
| 119.   **Cash and Money Mkt., Account 2** | | | | | | | | | |
| 120.   Tamarack Investment Funds Tax Free | | | | | | | | | |
| 121.   **Bonds, Account 3** | | | | | | | | | |
| 122.   Texas A & M Univ Revs. FING SYS O/Y 4.749% B/E CPN 4.750% DUE 5/15/2007 | | | | | | | | | |
| 123.   Texas Wtr Dev. BDR RV ST REVOLVING FD-SR Lien Ser A B/E O/Y 4.375% CPN 4.300% DUE 7/15/2006 | | | | | Redemption | 7/17 | J | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2007 |

## VII.    INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐    NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 124. **Trust #1**  [continued] | | | | | | | | | |
| 125. **Bonds, Account 3** [continued] | | | | | | | | | |
| 126. Fort Worth Tx Wtr Swr Rev Ref & Impt O/Y 4.95%B/E Due  2/15/2010 | | | | | | | | | |
| 127. **Cash & Money Mkt, Account 3** | | | | | | | | | |
| 128. Tamarack Investment Funds Tax Free | | | | | | | | | |
| 129. **IRA #1** | E | Div | P1 | T | | | | | |
| 130. Exxon Mobil | | | | | | | | | |
| 131. Aim Aggressive Growth Fund | | | | | | | | | |
| 132. SB Money Funds | | | | | | | | | |
| 133. **IRA #2** | A | Div | K | T | | | | | |
| 134. SB Money Funds | | | | | | | | | |
| 135. Aim Aggressive Growth Funds | | | | | | | | | |
| 136. **IRA #3** | A | Div | M | T | | | | | |
| 137. SB Money Funds | | | | | | | | | |
| 138. Triumph Resources | | | | | | | | | |
| 139. Zweig Close End Fund | | | | | | | | | |
| 140. Aim Aggresive Growth Fund | | | | | | | | | |
| 141. Alliance Premier Growth Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | R = Cost (Real Estate Only) | S=Assessment | T=Cash Market | |
| | U=Book Value | V = Other | W=Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Harmon, Melinda | May 11, 2007 |

## VII.    INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐    NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 142. 5 **Law Firm 401K Profit Sharing Plan** | | None | N | T | | | | | |
| 143. 6 **Real Estate Dallas, Tx. Parcel 1** | | None | K | Q | | | | | |
| 144. 7 **Real Estate Dallas, Tx., Parcel 2** | B | Rent | J | Q | | | | | |
| 145. 8 **Mineral Royalty Int.** | | None | J | W | | | | | |
| 146. 9 **Exxon Mobil** | B | Div | L | T | | | | | |
| 147. 10 **Life Extra Ordinary Life Policy Northwestern Mutual** | B | Div | K | T | | | | | |
| 148. 11 **Northwestern  Mutual Life "65 Life" Policy #1** | A | Div | J | T | | | | | |
| 149. 12 **Northwestern  Mutual Life "65 Life" Policy #2** | A | Div | J | T | | | | | |
| 150. 13 **Northwestern  Mutual Life "65 Life" Policy #3** | A | Div | J | T | | | | | |
| 151. | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | | U=Book Value | | W=Estimated | | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS - *(Indicate part of Report.)*

VI.   2.  Formerly MDMA credit card.  MDMA acquired by Bank of America.

VII.   (1)   Trust #1

Common stock, cash and money market fund Accounts 1, 2, 3.

The values and amounts listed reflect a 3/15 interest held by█████████████in the trust, which consists of three different accounts.  Only one of the█████████████could be considered a█████████████" in 2006.

Lines 47 and 106, Acergy SA Spon ADR exchanged for Stolt Offshore SA ADR Com.

VII.   (5)   Line 142.  Share in law firm profit sharing plan and ABA Master Profit Sharing Plan. Participant's share is invested in the Index Equity Fund, a mutual fund, and in a self-managed account investing in Dreyfus Appreciation Mutual Fund.

VII.   (6-7)   Lines 143 and 144: Undivided 1/8 interest in two pieces of property in Dallas, Texas.  Date of appraisal, December 6, 1994.

VII.   (8)   Line 145: 1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's law firm.  The interest is both a working and royalty interest on properties located in Webb County, Texas.  The enterprise is Houston Exploration Co., Houston, Texas.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.

Signature 　　　　　　　　　　May 11, 2007

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544